IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LANCE THOMAS RAY SHOCKLEE                                             PLAINTIFF

v.                                 Case No. 1:22-cv-01068

LEAH ROSE, Assistant Jail Administrator;
DEPUTY HENDERSON; CORRECTIONAL
OFFICER MOSELY; GEAN SIEGER, Jail
Administrator; and DR. ELKINS.                                       DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed on January 12, 2023, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 6.

On November 30, 2022, Plaintiff Lance Thomas Ray Shocklee, proceeding pro se, filed

the instant action.  In his complaint, Plaintiff alleges three claims against Defendants Leah Rose,

Deputy Henderson, Correctional Officer Mosely, Gean Sieger, and Dr. Elkins relating to an

October 30, 2022 incident in which Plaintiff and other pretrial detainees were allegedly sprayed

with mace and then drenched by the facility's sprinkler system.  ECF No. 1.  Judge Bryant has

screened Plaintiff's claims pursuant to 28 U.S.C. § 1915A and recommends dismissing (without

prejudice) part of Plaintiff's complaint.  ECF No. 6.

Neither party has objected, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1).

Being well and sufficiently advised, and finding no clear error on the face of the record, the Court

adopts the Report and Recommendation *in toto*.  Plaintiff's complaint (ECF No. 1) is hereby

**DISMISSED WITHOUT PREJUDICE IN PART**.  The following claims survive this preservice

screening:

1.  Claim 1, insofar as Plaintiff alleges an excessive force claim against Defendants Rose, Mosely, and Henderson in their individual capacities; and

2.  Claim 1, insofar as Plaintiff alleges a conditions-of-confinement claim against Defendants Rose, Mosely, Henderson, and Sieger in their individual capacities.[1]

**IT IS SO ORDERED**, this 3rd day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1]Judge Bryant construed Claim 1 as actually alleging four separate causes of action: excessive force, unconstitutional conditions of confinement, medical indifference, and procedural due process.  ECF No. 6, at 4.